Nebraska State Court Form

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JUN -5 PM 1:33
OFFICE OF THE CLERK

CC 3:28   Rev. 07/2021

IN THE **US DIST** COURT OF **DOUGLAS** COUNTY, NEBRASKA

Travis Cox
Inmates of Douglas County,
Plaintiff/Petitioner,

vs.

Douglas County Department of
Corrections et. al.,
Defendant/Respondent.

Case No. **8:23CV239**
(case number assigned by clerk of court)

**AFFIDAVIT IN SUPPORT OF**
Motion to Proceed
In forma Pauperis

I, Travis Cox, being duly sworn under oath, say:
(your full name)

I am without the funds to bring this class action suit. I cannot make Douglas County DOC give me an account statement. I am without counsel and cannot afford one. This statement is witnessed by a fellow inmate.

**SIGN IN FRONT OF NOTARY PUBLIC**

I hereby swear, or affirm, under penalty of perjury, that the above information is true.

Signature: J Cox
Your Name: Travis Cox
Phone and Email for record only Plaintiff incarcerated
Phone: 712-526-4118

Date: 5-25-23
Street Address/P.O. Box: 710 S 17th St
City/State/ZIP Code: Omaha NE 68102
Email Address: traviscox191@gmail.com   travis.cox@my.southeast.edu

State of **Nebraska**           )
                                ) ss.
County of **Douglas**           )

This document was acknowledged before me by _____,
this _____ day of _____, 20___.

_____   Notary commission expires: _____
Signature of Judge/Clerk of the Court/Notary Public

Title: _____   Serial Number (if any): _____

Page 1 of 1 Affidavit